```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
NAHUM SANCHEZ MARTINEZ,

                    Plaintiff,           24-cv-8651 (JGK)

        - against -                      ORDER

ALEJANDRO FRAGOSO, ET AL.,

                    Defendants.
───────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The parties are directed to submit a Rule 26(f) report by **March 18, 2025.**

**SO ORDERED.**

**Dated:  New York, New York**
**        March 4, 2025**

                                    _____/s/ John G. Koeltl_____
                                           John G. Koeltl
                                    United States District Judge