```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────
NAHUM SANCHEZ MARTINEZ,
                    Plaintiff,           24-cv-8651 (JGK)

     - against -                         ORDER

ALEJANDRO FRAGOSO, ET AL.,
                    Defendants.
───────────────────────────────────
ANDERSON OSMEL ABREU HERRERA,
                    Plaintiff,           24-cv-9804 (JGK)

     - against –                         ORDER

FRAGOSO ALEJANDRO, ET AL.,
                    Defendants.
───────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear, by phone, for a conference on **Friday, May 30, 2025**, at **12:00 p.m.**

Dial-in: 646-453-442, with access code 675 278 33#.

**SO ORDERED.**
**Dated:   New York, New York**
         **May 23, 2025**

                                    /s/ John G. Koeltl
                                      John G. Koeltl
                               **United States District Judge**