```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------------
NAHUM SANCHEZ MARTINEZ,
                Plaintiff,                    24-cv-8651 (JGK)

    - against -                           ORDER

ALEJANDRO FRAGOSO, ET AL.,
                Defendants.
--------------------------------------------------------
ANDERSON OSMEL ABREU HERRERA,
                Plaintiff,                    24-cv-9804 (JGK)

    - against -                           ORDER

FRAGOSO ALEJANDRO, ET AL.,
                Defendants.
--------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The above captioned matters, Sanchez Martinez v. Fragoso, et al., and Herrera v. Fragoso, et al., are consolidated for pretrial purposes. See Darezzo v. 200 Ninth Restaurant LLC, No. 14-cv-9081, 2015 WL 195852, at *2 (S.D.N.Y. 2015) (noting that Federal Rule of Civil Procedure 42(a) "empowers a trial judge to consolidate actions . . . for more limited purposes, such as pretrial proceedings—when there are common questions of law or fact, and where consolidation will avoid needless costs or delay").

    All filings should be made in Sanchez Martinez v. Fragoso, et al., 24-cv-8651, to avoid the need for duplicate filings.

```
     The parties should provide a joint Rule 26(f) report by
June 20, 2025.

SO ORDERED.
Dated:   New York, New York
         May 30, 2025
```

                                    John G. Koeltl
                              United States District Judge