UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDERSON OSMEL ABREU HERRERA,<br><br>　　　　　Plaintiff,<br><br>　-against-<br>FRAGOSO ALEJANDRO,<br><br>　　　　　Defendants. | 24cv09804 (JGK) (RFT)<br><br>**ORDER** |
| NAHUM SANCHEZ MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　-against-<br>ALEJANDRO FRAGOSO, et al.,<br><br>　　　　　Defendants. | 24cv8651 (JGK)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Wednesday, September 3, 2025 at 2:00 p.m.** The parties should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 144 477 306#.

DATED:  August 29, 2025
　　　　 New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge