UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDERSON OSMEL ABREU HERRERA,<br><br>             Plaintiff,<br><br>-against-<br><br>FRAGOSO ALEJANDRO, et al.,<br><br>             Defendants. | 24-CV-9804 (JGK) (RFT)<br><br>**ORDER** |
| NAHUM SANCHEZ MARTINEZ,<br><br>             Plaintiff,<br><br>-against-<br><br>ALEJANDRO FRAGOSO, et al.,<br><br>             Defendants. | 24-CV-8651 (JGK)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The parties are to provide joint updates on the status of discovery and whether the case is ripe for settlement discussions twice per month, starting on **September 15, 2025**, and thereafter on **the first and fifteenth** days of each month (or the first business day thereafter) until the close of all discovery. The motion to consolidate cases 24-CV-9804 and 24-CV-8651 (ECF 21) is **GRANTED**. The Clerk of Court is respectfully requested to terminate ECF 21.

DATED: September 4, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge