UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDERSON OSMEL ABREU HERRERA,<br><br>                Plaintiff,<br><br>-against-<br><br>FRAGOSO ALEJANDRO, et al.,<br><br>                Defendants. | 24-CV-9804 (JGK) (RFT)<br><br>**ORDER** |
| NAHUM SANCHEZ MARTINEZ,<br><br>                Plaintiff,<br><br>-against-<br><br>ALEJANDRO FRAGOSO, et al.,<br><br>                Defendants. | 24-CV-8651 (JGK)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      My September 4, 2025 order required the parties to file a joint letter regarding the status of discovery and whether the case is ripe for settlement discussions by October 15, 2025. (*See* ECF 41 (24-CV-09804); ECF 30 (24-CV-08651).) The parties have not complied. I am extending the deadline for the joint status letter nunc pro tunc until **October 20, 2025**.

DATED: October 17, 2025
             New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge