UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDERSON OSMEL ABREU HERRERA,

                Plaintiff,

      -against-

FRAGOSO ALEJANDRO, et al.,

                Defendants.

24-CV-9804 (JGK) (RFT)

**ORDER**

---------------------------------------------------------

NAHUM SANCHEZ MARTINEZ,

                Plaintiff,

      -against-

ALEJANDRO FRAGOSO, et al.,

                Defendants.

24-CV-08651 (JGK) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A telephonic conference is scheduled for **Wednesday, November 26, 2025 at 11:30 a.m.** The parties should be prepared to discuss the discovery schedule. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 243 299 035#.

DATED:  November 24, 2025
       New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge