

**LUCOSKY BROOKMAN**

LUCOSKY BROOKMAN LLP

2 Depot Plaza
2ⁿᵈ Floor
Bedford Hills, NY 10507

T − 914-392-9006
F − 732-395-4401

101 Wood Avenue South
5ᵗʰ Floor
Woodbridge, NJ 08830

T − 732-395-4400

www.lucbro.com

May 20, 2026

*Application **GRANTED**. The conference scheduled for May 22, 2026 will now be held on **Wednesday May 27, 2026 at 10:00 AM.** The parties are directed to join the conference at the scheduled time. Please dial **(646) 453-4442**, Access Code: **724 237 183#**.*

*The Clerk of Court is respectfully requested to terminate ECF 62 on 24-CV-8651 and ECF 70 on 24-CV-9804.*

VIA ECF
Hon. Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312
Courtroom: 9B

*Dated:   May 20, 2026*

*New York*

SO ORDERED

*[signature]*

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

RE:    Sanchez Martinez v. Fragoso, et al., No. 24-cv-8651-JGK
       Herrera v. Fragoso, et al., No. 24-cv-9804-JGK-RFT
       [Consolidated for pretrial purposes under lead case No. 24-cv-8651-JGK]
       **Request for Adjournment of Conference on Consent**

Dear Judge Tarnofsky:

The parties jointly write regarding the Court's May 19, 2026 Order scheduling a telephonic conference for Friday, May 22, 2026 at 10:00 a.m.

The parties respectfully request a brief adjournment of the May 22, 2026, conference. This request is made on consent and in light of the upcoming Memorial Day holiday weekend, as well as preexisting out-of-state travel plans by counsel.

In addition, counsel for Plaintiff Sanchez Martinez and counsel for Defendants Virginia Transportation Corp. and Alejandro Fragoso have discussed the issues raised in the parties' letters and intend to meet and confer further this afternoon in an good faith effort to narrow the issues requiring the Court's attention and allow for a more focused and straightforward discussion at the rescheduled conference.

Accordingly, the parties respectfully request that the Court adjourn the May 22, 2026 telephonic conference to a date and time convenient for the Court after the holiday weekend.

We thank the Court for its time and consideration.

Respectfully submitted,

*[signature]*

_____
Harold L. Moroknek, Esq.