UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDERSON OSMEL ABREU HERRERA,<br><br>Plaintiff,<br><br>-against-<br><br>FRAGOSO ALEJANDRO, et al.,<br><br>Defendants. | 24-CV-9804 (JGK) (RFT)<br><br>**ORDER** |
| NAHUM SANCHEZ MARTINEZ,<br><br>Plaintiff,<br><br>-against-<br><br>ALEJANDRO FRAGOSO, et al.,<br><br>Defendants. | 24-CV-8651 (JGK)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on May 27, 2026:

1. The parties shall submit a joint letter on the outstanding discovery issue by **June 5, 2026;** the parties may submit a letter reflecting their individual positions by **June 12, 2026;** and the parties may submit responses by **June 18, 2026.**

2. A conference will be held on **June 22, 2026** at **5:00 pm** to discuss the outstanding discovery issues. At that time, I expect to issue a revised scheduling order for the completion of discovery.

3. Following a decision on the outstanding discovery issues, the parties bi-monthly joint status letters shall resume on **July 1, 2026**.

DATED:  May 27, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge