UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDERSON OSMEL ABREU HERRERA,<br><br>Plaintiff,<br><br>-against-<br><br>FRAGOSO ALEJANDRO, et al.,<br><br>Defendants. | 24-CV-9804 (JGK) (RFT)<br><br>**ORDER** |
| NAHUM SANCHEZ MARTINEZ,<br><br>Plaintiff,<br><br>-against-<br><br>ALEJANDRO FRAGOSO, et al.,<br><br>Defendants. | 24-CV-8651 (JGK)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference is scheduled for **Wednesday, August 12, 2026 at 2:00 PM** in Courtroom 9B at 500 Pearl Street, New York, NY.

The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **August 5, 2026**, **at 5:00 p.m**.

If an attorney requires their electronics, the Device Order form needs to be emailed to TarnofskyNYSDChambers@nysd.uscourts.gov by **August 5, 2026.**

Corporate parties must send the person with decision-making authority to settle the matter to the conference. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

SO ORDERED.

DATED:  May 27, 2026
        New York, NY

**ROBYN F. TARNOFSKY**
United States Magistrate Judge