UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDERSON OSMEL ABREU HERRERA,<br><br>Plaintiff,<br><br>-against-<br><br>FRAGOSO ALEJANDRO, et al.,<br><br>Defendants. | 24-CV-9804 (JGK) (RFT)<br><br>**ORDER** |
| NAHUM SANCHEZ MARTINEZ,<br><br>Plaintiff,<br><br>-against-<br><br>ALEJANDRO FRAGOSO, et al.,<br><br>Defendants. | 24-CV-8651 (JGK)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court are the parties' motions for discovery. Those motions are **GRANTED IN PART**, as discussed at the conference held on June 23, 2026, in that:

1. Plaintiff is required to produce the requested tax records, telephone records, and list of witnesses.

2. Defendant may seek from Plaintiff's prior counsel a list of all medical providers (including contact information ) of whom counsel is aware.

3. Plaintiff shall sit for a further continuation of his deposition of not more than four hours, without prejudice to Defendant's application for additional time if necessary.

The applications are otherwise DENIED. The Clerk of Court is respectfully requested to terminate ECF 75, 76, 77, and 78 on 24-cv-09804-JGK-RFT and ECF 67, 68, 69, and 70 on ECF 24-cv-08651-JGK.

DATED:  June 24, 2026
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge