UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDERSON OSMEL ABREU HERRERA,

Plaintiff,

-against-

FRAGOSO ALEJANDRO, et al.,

Defendants.

24-CV-9804 (JGK) (RFT)

**ORDER**

NAHUM SANCHEZ MARTINEZ,

Plaintiff,

-against-

ALEJANDRO FRAGOSO, et al.,

Defendants.

24-CV-8651 (JGK)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The settlement conference scheduled for August 12, 2026 will now be held on **Tuesday, October 6, 2026 at 2:00 PM** in Courtroom 9B at 500 Pearl Street, New York, NY. The parties are instructed to complete the pre-conference submissions in accordance with my Individual Rules of Practice.

Pre-conference submissions and attorney's device order requests must be emailed to chambers no later than **September 29, 2026**, **at 5:00 p.m**.

Corporate parties must send the person with decision-making authority to settle the matter to the conference. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED: July 16, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge