UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDERSON OSMEL ABREU HERRERA,<br>Plaintiff,<br>-against-<br>FRAGOSO ALEJANDRO, et al.,<br>Defendants. | 24-CV-9804 (JGK) (RFT)<br>**ORDER** |
| NAHUM SANCHEZ MARTINEZ,<br>Plaintiff,<br>-against-<br>ALEJANDRO FRAGOSO, et al.,<br>Defendants. | 24-CV-8651 (JGK)<br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Given that the Court told the parties that the joint letter on October 15, 2026 was not necessary, the Clerk of Court is respectfully requested to strike the Court's October 16, 2026 order at ECF 98.

DATED: October 16, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge